No. 00–8805. CZEPIEL *v.* COMMISSIONER OF INTERNAL REVE-
NUE. C. A. 1st Cir.; and

No. 00–8829. TIFFANY *v.* UNITED STATES. C. A. 4th Cir.
Motions of petitioners for leave to proceed *in forma pauperis*
denied. Petitioners are allowed until May 14, 2001, within which
to pay the docketing fees required by Rule 38(a) and to submit
petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 00–8727. MCCARVER *v.* NORTH CAROLINA. Sup. Ct. N. C.
[Certiorari granted, *ante,* p. 941.] Motion for appointment of
counsel granted, and it is ordered that Seth R. Cohen, Esq., of
Greensboro, N. C., be appointed to serve as counsel for petitioner
in this case.

No. 00–1508. IN RE VEY. Petition for writ of habeas corpus
denied.

No. 00–9166. IN RE MCDANIEL. Motion of petitioner to defer
consideration of petition for writ of habeas corpus denied. Peti-
tion for writ of habeas corpus denied.

No. 00–9215. IN RE HILL. Motion of petitioner for leave to
proceed *in forma pauperis* denied, and petition for writ of habeas
corpus dismissed. See this Court's Rule 39.8. As petitioner has
repeatedly abused this Court's process, the Clerk is directed not
to accept any further petitions in noncriminal matters from peti-
tioner unless the docketing fee required by Rule 38(a) is paid and
the petition is submitted in compliance with Rule 33.1. See *Mar-
tin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992)
*(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and
cases cited therein.

No. 00–1307. HALTER, ACTING COMMISSIONER OF SOCIAL SE-
CURITY *v.* SIGMON COAL CO., INC., ET AL. C. A. 4th Cir. Motion
of Trustees of UMWA Combined Benefit Fund for leave to file a
brief as *amicus curiae* granted. Certiorari granted. 

No. 00–1025. TOWN OF NORWOOD, MASSACHUSETTS *v.* FED-
ERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 1st Cir.
Certiorari denied.